IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| PAUL WILLIAM JENSEN,<br><br>                Plaintiff,<br><br>vs.<br><br>M.E. KNOWLES, Warden, et al.,<br><br>                Defendants. | Case No. CIV S-01-0723 (JKS)<br><br>**JUDGMENT<br>IN A CIVIL CASE** |

    ___  **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    _X_  **DECISION BY COURT.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** in accordance with the Court's order granting the State's motion for summary judgment. The Court finds that there is no just reason for delay and that this judgment is immediately appealable.

APPROVED:

/s/ James K. Singleton, Jr.
**JAMES K. SINGLETON, JR.**
United States District Judge

August 10, 2005
Date

Jack L. Wagner, Clerk

[signature]
(By) Deputy Clerk

1