UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL WILLIAM JENSEN,<br><br>  Plaintiff - Appellant,<br><br>v.<br><br>M. E. KNOWLES, Warden; et al.,<br><br>  Defendants - Appellees. | No. 05-16652<br>D.C. No. CV-01-00723-JKS<br><br>**ORDER** |

This appeal has been taken in good faith  [X]

This appeal is not taken in good faith  [ ]

Explanation: _____

_____

_____

_____

_____/s/ James K. Singleton_____
                Judge
       United States District Court

Date: 9/19/05