IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PAUL WILLIAM JENSEN,

              Petitioner,

    vs.

JAMES A. YATES, et al.,

              Respondents.

Case No. S-01-0723 (CV) (JKS)

O R D E R

       Petitioner, Paul William Jensen, requests a preliminary injunction. Docket No. 87. According to Jensen, he is currently housed in administrative segregation. *Id.* Specifically, Jensen asks that he be given his "T.V., radio, and other personal property" until his transfer. *Id.* He claims that failure to use or access the above items deprives him of "environmental and sensory stimuli." *Id.* This claim, according to Jensen, is based on the recent Supreme Court decision in *Wilkinson v. Austin*, 125 S.Ct. 2384 (2005).

       Jensen's reliance on *Wilkinson* is misplaced. The Court in *Wilkinson* held that inmates have a liberty interest in avoiding assignment to a state's supermax prison. *Id.* at 2398. In so holding, the Court distinguished the supermax prison from other solitary confinement facilities by examining the length of time inmates were typically placed in supermax, and the consequence of disqualification of otherwise eligible inmates for parole consideration. *Id.* at 2394. *Wilkinson* does not address a prisoner's access to possessions such as television and radio in any context.

       **IT IS THEREFORE ORDERED:**

       Petitioner's request for a preliminary injunction at **Docket No. 87** is **DENIED.**

       Dated at Anchorage, Alaska, this 26th day of September 2005.

                           /s/ James K. Singleton, Jr.

                           **JAMES K. SINGLETON, JR.**
                           United States District Judge